No. 80–431. McAlpin et al. v. Armstrong, Receiver, et al. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded with instructions that the appeal be dismissed. *Firestone Tire & Rubber Co.* v. *Risjord, ante,* p. 368.

No. A–576. O'Hair et al. v. Cooke et al. C. A. 5th Cir. Application for a temporary injunction, addressed to Justice Brennan and referred to the Court, denied.

No. D–199. In re Disbarment of Fischer. Disbarment entered. [For earlier order herein, see *ante,* p. 989.]

No. D–204. In re Disbarment of Schlater. Disbarment entered. [For earlier order herein, see *ante,* p. 989.]

No. D–214. In re Disbarment of Toomey. It is ordered that Regis Lee Toomey of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.